
U.S. GOVERNMENT INFORMATION
GPO

117TH CONGRESS
1ST SESSION
# S. RES. 475

Recognizing the 73rd anniversary of the Universal Declaration of Human Rights and the celebration of "Human Rights Day".

---

## IN THE SENATE OF THE UNITED STATES

DECEMBER 8, 2021

Mr. COONS (for himself and Mr. TILLIS) submitted the following resolution; which was referred to the Committee on the Judiciary

---

# RESOLUTION

Recognizing the 73rd anniversary of the Universal Declaration of Human Rights and the celebration of "Human Rights Day".

Whereas the Universal Declaration of Human Rights, adopted by the United Nations on December 10, 1948, represents the first comprehensive agreement among countries as to the specific rights and freedoms of all human beings;

Whereas the Universal Declaration of Human Rights upholds the basic principles of liberty and freedom enshrined in the Constitution of the United States and the Bill of Rights;

Whereas awareness of human rights—

(1) is essential to the realization of fundamental freedoms;

*Exhibit A*

(2) promotes equality;

(3) contributes to preventing conflict and human rights violations; and

(4) enhances participation in democratic processes;

Whereas Congress has a proud history of promoting human rights that are internationally recognized; and

Whereas December 10 of each year is celebrated around the world as "Human Rights Day": Now, therefore, be it

1    *Resolved,* That the Senate—

2       (1) designates December 10, 2021, as "Human
3   Rights Day";

4       (2) recognizes the 73rd anniversary of the Uni-
5   versal Declaration of Human Rights;

6       (3) reaffirms the Universal Declaration of
7   Human Rights;

8       (4) supports the right of human rights defend-
9   ers all over the world to promote the fundamental
10   freedoms enshrined in the Universal Declaration of
11   Human Rights; and

12       (5) encourages the people of the United
13   States—

14         (A) to observe Human Rights Day; and

15         (B) to continue a commitment to uphold-
16      ing freedom, democracy, and human rights
17      around the globe.

○