# SUPPORTING STATEMENT FOR PAPERWORK REDUCTION ACT SUBMISSION

## REPATRIATION/EMERGENCY MEDICAL AND DIETARY ASSISTANCE LOAN APPLICATION

### (OMB #1405-0150, Form DS-3072)

A.  **JUSTIFICATION**

**1.** *Why is this collection necessary and what are the legal statutes that allow this?*

Emergency loans are issued to U.S. citizens abroad in several scenarios, two of which are to be covered by this form:

-- Repatriation loans for destitute U.S. citizens who are outside the United States to provide for the citizen's and/or family member's return to the United States;

-- Emergency medical and dietary assistance loans for U.S. citizens incarcerated abroad or destitute U.S. citizens abroad who are unable to obtain such services otherwise;

22 U.S.C. § 2670(j) authorizes the Secretary of State to provide emergency medical assistance and dietary supplements, and other emergency assistance, to United States citizens incarcerated abroad or to destitute U.S. citizens abroad who are unable to obtain such services otherwise, such assistance is to be provided on a reimbursable basis to the extent feasible. Such assistance is referred to as Emergency Medical and Dietary Assistance (EMDA).

22 U.S.C. § 2671 authorizes the Secretary of State to make expenditures for unforeseen emergencies arising in the diplomatic and consular service. 22 U.S.C. § 2671(b)(2)(B) provides that such emergency expenditures include loans made to destitute U.S. citizens who are outside of the United States for the purpose of their return to the United States. This is known as the repatriation loan program. 22 U.S.C. § 2671(d) sets forth what the Secretary of State shall require in an application for a repatriation loan, collection procedures, and passport limitations.

Department of State regulations pertaining to, *inter alia*, services to U.S. citizens in distress are published in 22 CFR Part 71.

**2.** *What business purpose is the information gathered going to be used for?*

Exhibit B