106–113. Under current law, however, those funds cannot be disbursed until certain conditions have been met. One of those conditions—which has not been met and cannot be waived—is that the United Nations lower the United States' assessment rate for peacekeeping activities from 31 percent to 25 percent. The bill would drop this requirement and would also ease other conditions attached to the funds appropriated in 2000. These changes would permit disbursement of the $826 million that has already been appropriated. Because this provision would affect outlays from funds already appropriated and would not depend on future appropriation action, the additional outlays are considered direct spending for scorekeeping purposes.

*Fees for Machine Readable Visas.* The bill would extend, through 2003, the Secretary of State's authority to charge a fee for machine readable visas and to spend the collections on consular activities. Authority to collect and spend these fees through 2002 was provided in Public Law 106–553. Based on information from the Department of State, CBO estimates the department would collect and spend $368 million in 2003 under this authority.

*Authority to Transfer Naval Vessels.* H.R. 1646 would authorize the transfer of 14 naval vessels to foreign countries. It would authorize the sale of seven vessels; the other seven would be given away. Information from DoD indicates that the asking price for the seven ships would be approximately $175 million. There is significant uncertainty as to whether all seven vessels would be sold and what the sale price might be. Reflecting this uncertainty, CBO estimates that receipts from these sales would total $18 million in 2002 and $82 million in 2003.

*Miscellaneous Provisions.* Several provisions in the bill would have little or no effect on direct spending or revenues.

*Reimbursements for International Litigation Fund.* The bill would allow the State Department to retain, as reimbursement for preparing or prosecuting a claim against a foreign government or entity, a portion of awards received. Based on information from the Department of State, CBO estimates the department would collect and spend less than $1 million a year.

*Export Controls.* H.R. 1646 would raise governmental receipts (revenues) by increasing the amount of existing civil penalties and establishing new criminal penalties that would be assessed against exporters who fail to submit accurate information to the Department of Commerce (DOC). Based on information from that department, CBO estimates that the increase in revenues would not be significant in any year. Collections of criminal fines are deposited in the Crime Victims Fund and are spent in subsequent years. Based on information from the DOC, CBO estimates that the criminal penalties that would be created under H.R.1646 would increase direct spending from the Crime Victims Fund by less than $500,000 per year.

*Reimbursements for Emergency Overseas Evacuation.* H.R. 1646 would allow the State Department to seek reimbursements for the emergency evacuation of employees of the U.S. government, their dependents, private U.S. citizens, and foreign nationals. According to the Department of State, this section of the bill codifies existing practice and would have no impact on the budget.