UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JAY HYMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 3:23-CV-00336-DCLC-JEM |
| UNITED STATES DEPARTMENT OF STATE and UNITED STATES DEPARTMENT OF THE TREASURY | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL**

The undersigned counsel, Michael D. Ross, Trial Attorney, U.S. Department of Justice, hereby gives notice of his withdrawal as counsel for the Defendants. Defendants continue to be represented by other counsel of the Department of Justice. Trial Attorney Ian Lam, U.S. Department of Justice, has appeared in this case on behalf of the Defendants, and continuity of counsel is therefore ensured. *See* E.D. Tenn. L.R. 83.4(f) ("Where a party is represented by multiple counsel of record, an attorney may withdraw, provided the party is still being represented by another attorney of record, upon the filing of a notice of withdrawal.") Accordingly, the undersigned is hereby withdrawn as counsel of record in this case.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

SAMUEL GO
Assistant Director

KATHERINE J. SHINNERS
Senior Litigation Counsel

Dated: March 5, 2026

By: */s/ Michael D. Ross*
MICHAEL D. ROSS
Trial Attorney
Bar No. 73986 (South Carolina)
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 742-7118
michael.d.ross@usdoj.gov

Attorneys for Defendants

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on March 5, 2026, the foregoing document was filed with the Court using the CM/ECF system and that a true and correct copy was sent to the following via U.S. mail, postage prepaid:

Jay Hymas
419 Highland Drive
Clinton, TN 37716

*/s/ Michael D. Ross*
Michael D. Ross
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation